Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM SHAHABZADA,<br><br>Defendant. | No. 6:17-PO-00740-jdp<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET PAYMENT SCHEDULE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Adam Shahabzada, that the status conference in the above-captioned matter set for November 27, 2018 be vacated, and the court approve a payment schedule for Mr. Shahabzada to pay the total collateral due, and thereby resolve this matter. The total amount currently outstanding for the violation is $380.00. The parties are in agreement with the following payment schedule:

    $127.00    Due to the Central Violations Bureau on or before December 15, 2018

    $127.00    Due to the Central Violations Bureau on or before January 15, 2018

    $126.00    Due to the Central Violations Bureau on or before February 15, 2018.

Defendant is aware that failure to make any payment may result in an additional fine. Additionally the failure to make payments as scheduled could result in this Court issuing a warrant and/or license abstract.

1

Dated: November 7, 2018  /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: November 19, 2018  /S/ Adam Shahabzada
Adam Shahabzada
Defendant

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the November 27, 2018, status conference for *U.S. v. Shahabzada*, Case Number 6:17-PO-00740-JDP, is vacated, and the above payment schedule is ordered.

IT IS SO ORDERED.

Dated:   November 20, 2018                      /s/ Jeremy Peterson
                                                            UNITED STATES MAGISTRATE JUDGE